UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                     :

MARIO J. REYES,                 :
                                 :

                 Plaintiff,    :                23-CV-9297 (VSB)
                                 :

         -against-       :                  **ORDER**
                                 :

MCNALLY JACKSON GOODS FOR THE  :
STUDY, LLC, a New York limited liability :
company, d/b/a GOODS FOR THE STUDY- :
NOLITA, and AGHAJUN HOLDINGS LLC, a :
New York limited liability company,     :
                                 :

               Defendants.  :
                                 :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Plaintiff filed this action on October 22, 2023, (Doc. 1), and filed affidavits of service on December 21, 2023, (Docs. 9, 10).  The deadline for Defendants to respond to Plaintiff's complaint was December 7, 2023.  To date, Defendants have not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 5, 2024.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 22, 2024
            New York, New York

                                          VERNON S. BRODERICK
                                          United States District Judge